UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christine Sanguinet, Mark Downey, | Civil No. 08-2302 (RHK/FLN) |
| Plaintiffs, | **ORDER** |
| v. | |
| General Revenue Corporation, Marc Doe, Ted Doe, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 6, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge